| | |
|---|---|
| DATE 7/30/2019 | CASE NUMBER 4:19CR170-2 ALM/KPJ |
| LOCATION Sherman | USA _____ Assigned |
| JUDGE Christine A. Nowak | V  Ernest Gonzalez _____ Appeared |
| DEPUTY CLERK K. Lee | |
| COURT REPORTER Digital Recording | NOBLE NWACHUKWU |
| USPO: R. Blanco | Defendant |
| Interpreter: Not Required | Frank Henderson |
| BEGIN: 9:51 a.m./ 10:01 a.m. | Attorney |

☑ INITIAL APPEARANCE
☑ ARRAIGNMENT

☑ Defendant Sworn      ☐ Interpreter Required

☑ Dft appears: ☐ with  ☑ without counsel   ☐ pro se    ☐ Counsel appears on behalf of defendant

☑ Date of arrest: 7/29/19      (Other district court & case #) _____

☑ Dft  ☑ advised of charges, penalties, and rights

☑ Dft first appearance with counsel ☐ CJA appointed ☐ Retained ☑ Federal Public Defender appointed

   Attorney: Frank Henderson

☐ Dft  advises the Court that he/she ☐ has counsel: _____ or, ☐ will hire counsel.

☑ Dft  Requests appointed counsel, is sworn & examined re: financial status.

☑ Financial affidavit executed by dft. The court finds the defendant ☐ able ☑ unable to employ counsel.

☐ _____ appointed    ☑ U.S. Pub Defender Frank Henderson appointed

☐ If dft cannot retain counsel, the court is to be advised within _____ days so counsel may be appointed.

☐ Govt motion for detention ☐ Govt oral motion for continuance    ☐ Oral Order granting ☐ Oral Order denying

☐ Defendant oral motion to continue detention hearing    ☐ Oral Order granting ☐ Oral Order denying

☐ Arraignment set _____

☐ Detention Hrg set _____    ☐ Temp Detention Order Pending Hearing

☑ Order setting conditions of release   ☐ Bond executed

☐ Dft signed Waiver of Detention Hearing.

☐ Dft remanded to custody of U.S. Marshal.

☐ Dft motion _____

☐ Gvt motion _____

☑ Arraignment held

☑ Dft appears with counsel

☑ Dft ☑ sworn
　　　☑ received copy of charges　　☑ discussed charges with counsel　　☐ charges read
　　　☑ waived reading of charges

☑ Dft enters a plea of: ☑ not guilty
　　to ___Count One of Indictment_____

☑ Pretrial Discovery and Inspection Order entered. Case set for final pretrial conference / jury selection and trial setting on :
　　_____MAC / (ALM)___Pretrial Date: 10/11/19_____

☐ _____

☐ _____

☐ Defendant remanded to custody USM　　☑ Defendant RELEASED on conditions of release after out-processing by USM

☐ Recess _____